Matthew Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Telephone:    (650) 638-0120
Facsimile:    (650) 638-01251

Attorney for Plaintiffs,
EVELYN NAND
SYKHANDRA NAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NAND, an individual; SUKHANDRA NAND, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SPECIALIZED PORTFOLIO SERVICING, INC., a business entity; NATIONAL DEFAULT SERVICING CORPORATION, a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.:<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION AND TO SHOW CAUSE FOR PRELIMINARY INJUNCTION |

Based on the Application, Points and Authorities, and supporting Declarations in the moving papers, and for good cause shown, the Court finds that Plaintiffs have established good cause for issuance of a Temporary Restraining Order.

**IT ORDERED** that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ., P., that Defendant and its agents is temporarily restrained and enjoined from foreclosing upon the subject property located at 6910 Jarvis Avenue, Newark, CA 94560 until further ruling from this Court. The Temporary Restraining Order issued because Plaintiffs have shown a likelihood of prevailing on their claims for violations of California Civil Code § 2923.6, California Civil Code § 2923.9, and 12 C.F.R. 1024.41.  Further, Plaintiffs have shown the likelihood of irreparable injury in the

1  absence of a Temporary Restraining Order, namely, the loss of their property through foreclosure.

2  **IT IS FURTHER ORDERED** that the above named Defendants show cause before a
3  motion term of this Court, at Room ___7____, United States District Courthouse, on
4  __August 4_____ _____, 2016 at __1:30__ p.m, or as soon thereafter as counsel
5  may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of
6  Civil Procedure enjoining the Defendant and its agents during the pendency of this action from
7  foreclosing upon the subject property located at 6910 Jarvis Avenue, Newark, CA 94560.

8  With respect to the hearing regarding a preliminary injunction, the Court further
9  **ORDERS** as follows:

10
11  The preliminary injunction hearing will be heard on: August 4, 2016 at 1:30 pm

12  Moving papers shall be filed by: __n/a_____.

13  Responsive papers are due by: __July 26, 2016_____.

14
15  Reply papers are due by: __July 29, 2016_____.

16  **IT IS HEREBY SO ORDERED.**

17
18  DATED: July 18, 2016                                    _____
                                                            United States District Court Judge