UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NAND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SPECIALIZED PORTFOLIO SERVICING INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-04030-EMC<br><br>**ORDER DIRECTING PARTIES TO CONTACT ADR DEPARTMENT** |

On July 18, 2016, Plaintiffs Evelyn and Sukhandra Nand filed the instant suit against Defendants Specialized Portfolio Servicing, Inc. and National Default Servicing Corporation. Docket No. 1. As soon as all Defendants are served, the parties are directed to call Mr. Howard Herman of the Court's Alternative Dispute Resolution Department at (415) 522-2199 for a phone assessment and possible mediation.

**IT IS SO ORDERED**.

Dated: July 19, 2016

_____
EDWARD M. CHEN
United States District Judge