1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   bryan.hawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  (916) 447-0700
5  Facsimile:  (916) 447-4781

6  Attorneys for Defendants
   Select Portfolio Servicing, Inc. (erroneously sued as
7  Specialized Portfolio Servicing, Inc.) and National
   Default Servicing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVELYN NAND, an individual; SUKHANDRA NAND, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED PORTFOLIO SERVICING, INC., a business entity; NATIONAL DEFAULT SERVICING CORPORATION, a business entity; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 3:16-cv-04030-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 18, 2016 |
|---|---|

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER                        -1-

87266384.1 0204523-00001

1    This matter comes before the Court on Plaintiffs Evelyn Nand and Sukhandra Nand's
2    (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as
3    Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation's
4    stipulated request to continue the currently scheduled hearing and briefing schedule on Plaintiffs'
5    motion for a preliminary injunction.  After considering the Parties' stipulation and finding good
6    cause, the Court GRANTS the Parties' stipulated request.
7    The August 4, 2016 hearing on Plaintiffs' motion for a preliminary injunction is continued
8    to   Sept. 15  , 2016.  Defendants shall submit their opposition to Plaintiffs' motion by no
9    later than  August 30, 2016.  Plaintiffs' reply brief, if any, shall be submitted by no later than
10       Sept. 6      , 2016.
11   IT IS SO ORDERED

13   DATED:   7/26/16



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER                -2-

87266384.1 0204523-00001