1   THOMAS A. WOODS (SB #210050)
    thomas.woods@stoel.com
2   BRYAN L. HAWKINS (SB #238346)
    bryan.hawkins@stoel.com
3   STOEL RIVES LLP
    500 Capitol Mall, Suite 1600
4   Sacramento, CA  95814
    Telephone:  (916) 447-0700
5   Facsimile:  (916) 447-4781

6   Attorneys for Defendants
    Select Portfolio Servicing, Inc. (erroneously sued as
7   Specialized Portfolio Servicing, Inc.) and National
    Default Servicing Corporation

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12   EVELYN NAND, an individual;                Case No. 3:16-cv-04030-EMC
     SUKHANDRA NAND, an individual
                                                **FURTHER STIPULATION TO
13                  Plaintiffs,                 CONTINUE HEARING DATES AND
                                                BRIEFING SCHEDULES ON
14        v.                                    PLAINTIFFS' MOTION FOR
                                                PRELIMINARY INJUNCTION AND
15   SPECIALIZED PORTFOLIO SERVICING,           DEFENDANTS' MOTION TO
     INC., a business entity; NATIONAL          DISMISS; [PROPOSED] ORDER**
16   DEFAULT SERVICING CORPORATION, a
     business entity; and DOES 1 through 50,    Complaint Filed: July 18, 2016
17   inclusive

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

---

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Evelyn Nand and Sukhandra Nand (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation ("NDSC," collectively "Defendants"), by and through their counsel of record, hereby respectfully submit this stipulated request to continue the currently scheduled hearing dates and briefing schedules on Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss, both currently scheduled for September 15, 2016. This request is being made to provide the parties with additional time to determine if their dispute can be resolved informally.

On July 18, 2016, Plaintiffs filed this action. ECF No. 1. Simultaneously with this filing, Plaintiffs filed an *ex parte* application for a temporary restraining order restraining the foreclosure sale of the relevant property. ECF No. 4.

On July 18, 2016, the Court granted Plaintiffs' *ex parte* application and scheduled a preliminary injunction hearing for August 4, 2016. The Court also established the following briefing schedule:

- July 26, 2016 - Defendants' deadline to submit their responses to Plaintiffs' motion; and
- July 29, 2016 - Plaintiffs' deadline to submit their reply brief in support of their motion.

On July 26, 2016 the parties submitted a Stipulation and Proposed Order continuing the August 4, 2016 preliminary injunction hearing and related filing deadlines and preserving the temporary restraining order for the duration of the continuance. Pursuant to the Stipulation, adopted by the Court, the hearing on Plaintiffs' motion for preliminary injunction was continued to September 15, 2016. In accordance with that continuance, the following briefing schedule was adopted:

- August 30, 2016 - Defendants' deadline to submit their responses to Plaintiffs' motion; and

1    • September 6, 2016 - Plaintiffs' deadline to submit their reply brief in support of

2      their motion.  ECF No. 17

3    On August 9, 2016, Defendants filed a Motion to Dismiss the Complaint, with a hearing

4  date of September 15, 2016.  ECF No. 20.  The following briefing schedule is associated with that

5  motion:

6    • August 23, 2016 - Plaintiffs' deadline to submit their responses to Defendants'

7      motion; and

8    • August 30, 2016 - Defendants' deadline to submit their reply brief in support of

9      their motion.  ECF No. 20

10    Pursuant to this stipulation, the Parties respectfully request that the September 15, 2016

11  hearings on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss be

12  continued to October 27, 2016 or to another date convenient to the Court's schedule.  The Parties

13  also request that the Court continue the briefing dates as follows:

14    • October 13, 2016 – the parties' deadlines to submit their respective responsive

15      briefs to the pending motions; and

16    • October 20, 2016 – the parties' deadlines to submit their respective reply briefs in

17      support of their pending motions;

18    The Parties also agree that the restraining order issued by the Court will remain in effect

19  until the Court rules on Plaintiffs' motion for a preliminary injunction.

20

21

22

23

24

25

26

27

28

1   Plaintiffs and Defendants so stipulate.

2   DATED:  August 19, 2016                    STOEL RIVES LLP

3

4                                             By:  /s/ Bryan L. Hawkins
                                              THOMAS A. WOODS
5                                             BRYAN L. HAWKINS
                                              Attorneys for Defendants
6                                             Select Portfolio Servicing, Inc.
                                              (erroneously sued as Specialized Portfolio
7                                             Servicing, Inc.) and National Default
                                              Servicing Corporation
8

9   DATED:  August 19, 2016                    MELLEN LAW FIRM

10                                            By:  /s/ Jessica Galletta
                                              MATTHEW D. MELLEN
11                                            JESSICA GALLETTA
                                              Attorneys for Plaintiffs
12                                            EVELYN NAND and SUKHANDRA
                                              NAND
13

14

15  ATTESTATION OF SIGNATURE:

16        I attest under penalty of perjury under the laws of the United States of America that I have

17  received the concurrence in the filing of this document from the listed signatories as

18  required by Local Rule 5.1(i)(3).

19

20  Dated: August 19, 2016

21                                            /s/ Jessica Galletta
                                              JESSICA GALLETTA

22

23

24

25

26

27

28

1

### ORDER

2

3        This matter comes before the Court on Plaintiffs Evelyn Nand and Sukhandra Nand's

4    (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as

5    Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation's

6    stipulated request to continue the currently scheduled hearings and briefing schedules on

7    Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss. After

8    considering the Parties' stipulation and finding good cause, the Court GRANTS the Parties'

9    stipulated request.

10        The September 15, 2016 hearing on Plaintiffs' motion for a preliminary injunction is

November 3, 2016 at 1:30 p.m.

11    continued to O~~ctober 27, 20~~16.  Defendants shall submit their opposition to Plaintiffs' motion by

12    no later than October 13, 2016.  Plaintiffs shall submit their reply brief in support of the motion

13    by no later than October 20, 2016.

14        The September 15, 2016 hearing on Defendants' motion to dismiss is continued to

November 3, 2016 at 1:30 p.m.

15    Oc~~tober 27, 20~~16.  Plaintiffs shall submit their opposition to Defendants' motion by no later than

16    October 13, 2016.  Defendants shall submit their reply brief in support of the motion by no later

17    than October 20, 2016.

18        IT IS SO ORDERED

19

20

21            August 19, 2016

DATED: _____                _____

22                                IT IS SO ORDERED

AS MODIFIED

UNITED STATES DISTRICT COURT JUDGE

Judge Edward M. Chen

23

24

25

26

27

28