1  Matthew D. Mellen (Bar No. 233350)
   Jessica Galletta (Bar No. 281179)
2  MELLEN LAW FIRM
   One Embarcadero Center, Fifth Floor
3  San Francisco, CA 94111
   Telephone:  (415) 315-1653
4  Facsimile:     (415)276-1902

5  Attorneys for Plaintiffs,
   EVELYN NAND
6  SUKHANDRA NAND

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | EVELYN NAND, an individual;               | Case No. 3:16-cv-04030-EMC
   | SUKHANDRA NAND, an individual             |
11 |                                           | **FURTHER STIPULATION TO
   |           Plaintiffs,                     | CONTINUE HEARING DATES AND
12 |                                           | BRIEFING SCHEDULES ON
   |      v.                                   | PLAINTIFFS' MOTION FOR
13 |                                           | PRELIMINARY INJUNCTION AND
   | SPECIALIZED PORTFOLIO SERVICING,          | DEFENDANTS' MOTION TO
14 | INC., a business entity; NATIONAL         | DISMISS; [PROPOSED] ORDER**
   | DEFAULT SERVICING CORPORATION, a          |
15 | business entity; and DOES 1 through 50,   |
   | inclusive                                 |
16 |                                           | Complaint Filed: July 18, 2016
   |           Defendants.                     |
17

---

STIPULATION TO CONTINUE HEARINGS                -1-
AND BRIEFING SCHEDULE

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Evelyn Nand and Sukhandra Nand (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation ("NDSC," collectively "Defendants"), by and through their counsel of record, hereby respectfully submit this stipulated request to continue the currently scheduled hearing dates and briefing schedules on Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss, both currently scheduled for September 15, 2016.  This request is being made to provide the parties with additional time to determine if their dispute can be resolved informally.

On July 18, 2016, Plaintiffs filed this action.  ECF No. 1.  Simultaneously with this filing, Plaintiffs filed an *ex parte* application for a temporary restraining order restraining the foreclosure sale of the relevant property.  ECF No. 4.

On July 18, 2016, the Court granted Plaintiffs' *ex parte* application and scheduled a preliminary injunction hearing for August 4, 2016.  The Court also established the following briefing schedule:

- July 26, 2016 - Defendants' deadline to submit their responses to Plaintiffs' motion; and
- July 29, 2016 - Plaintiffs' deadline to submit their reply brief in support of their motion.

On July 26, 2016 the parties submitted a Stipulation and Proposed Order continuing the August 4, 2016 preliminary injunction hearing and related filing deadlines and preserving the temporary restraining order for the duration of the continuance.  Pursuant to the Stipulation, adopted by the Court, the hearing on Plaintiffs' motion for preliminary injunction was continued to September 15, 2016.  In accordance with that continuance, the following briefing schedule was adopted:

- August 30, 2016 - Defendants' deadline to submit their responses to Plaintiffs' motion; and

1       • September 6, 2016 - Plaintiffs' deadline to submit their reply brief in support of
2         their motion.  ECF No. 17

3    On August 9, 2016, Defendants filed a Motion to Dismiss the Complaint, with a hearing
4 date of September 15, 2016.  ECF No. 20.  The following briefing schedule is associated with that
5 motion:

6       • August 23, 2016 - Plaintiffs' deadline to submit their responses to Defendants'
7         motion; and

8       • August 30, 2016 - Defendants' deadline to submit their reply brief in support of
9         their motion.  ECF No. 20

10    On August 19, 2016 the parties submitted a Stipulation and Proposed Order continuing the
11 preliminary injunction hearing, and related filing deadlines, and preserving the temporary
12 restraining order for the duration of the continuance.  In addition, the Parties' Stipulation and
13 Proposed Order continued the haring on Defendant's Motion to Dismiss and related filing
14 deadlines. ECF No. 23. Pursuant to the Stipulation, as amended by the Court, the hearing on
15 Plaintiffs' motion for preliminary injunction and Defendant's Motion to Dismiss was continued to
16 November 3, 2016.  In accordance with that continuance, the following briefing schedule was
17 adopted:

18       • October 13, 2016 – the parties' deadlines to submit their respective responsive
19         briefs to the pending motions; and

20       • October 20, 2016 – the parties' deadlines to submit their respective reply briefs in
21         support of their pending motions. ECF No. 24

22    In a continuing effort to resolve this matter, the Parties submit a further stipulation to
23 continue the hearing on Plaintiffs' Motion for Preliminary Injunction and Defendant's Motion to
24 Dismiss.  Pursuant to this stipulation, the Parties respectfully request that the November 3, 2016
25 hearings on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss be
26 continued to December 15, 2016, to be heard with the Initial Case Management Conference, or to
27 another date convenient to the Court's schedule.  The Parties also request that the Court continue
28 the briefing dates as follows:

STIPULATION TO CONTINUE HEARINGS AND BRIEFING SCHEDULE    -3-

1       • December 1, 2016 – the parties' deadlines to submit their respective responsive
2         briefs to the pending motions; and
3       • December 8, 2016 – the parties' deadlines to submit their respective reply briefs in
4         support of their pending motions.

The Parties also agree that the restraining order issued by the Court will remain in effect until the Court rules on Plaintiffs' motion for a preliminary injunction.

Plaintiffs and Defendants so stipulate.

DATED:  October 5, 2016                 STOEL RIVES LLP


                                        By:  /s/ Bryan L. Hawkins
                                            THOMAS A. WOODS
                                            BRYAN L. HAWKINS
                                            Attorneys for Defendants
                                            Select Portfolio Servicing, Inc.
                                            (erroneously sued as Specialized Portfolio
                                            Servicing, Inc.) and National Default
                                            Servicing Corporation


DATED:  October 5, 2016                 MELLEN LAW FIRM


                                        By:  /s/ Jessica Galletta
                                            MATTHEW D. MELLEN
                                            JESSICA GALLETTA
                                            Attorneys for Plaintiffs
                                            EVELYN NAND and SUKHANDRA
                                            NAND


ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5.1(i)(3).

Dated: October 5, 2016

                                             /s/ Jessica Galletta
                                            JESSICA GALLETTA

# **ORDER**

This matter comes before the Court on Plaintiffs Evelyn Nand and Sukhandra Nand's (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation's stipulated request to continue the currently scheduled hearings and briefing schedules on Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss. After considering the Parties' stipulation and finding good cause, the Court GRANTS the Parties' stipulated request.

The November 3, 2016 hearing on Plaintiffs' motion for a preliminary injunction is continued to December 15, 2016.  Defendants shall submit their opposition to Plaintiffs' motion by no later than December 1, 2016.  Plaintiffs shall submit their reply brief in support of the motion by no later than December 8, 2016.

The November 3, 2016 hearing on Defendants' motion to dismiss is continued to December ~~14~~ 15, 2016. Plaintiffs shall submit their opposition to Defendants' motion by no later than December 1, 2016. Defendants shall submit their reply brief in support of the motion by no later than December 8, 2016.

IT IS SO ORDERED

DATED: 10/7/2016   _____
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen