1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   bryan.hawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  (916) 447-0700
5  Facsimile:  (916) 447-4781

6  Attorneys for Defendants
   Select Portfolio Servicing, Inc. (erroneously sued as
7  Specialized Portfolio Servicing, Inc.) and National
   Default Servicing Corporation
8

9                     UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11

| EVELYN NAND, an individual; SUKHANDRA NAND, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED PORTFOLIO SERVICING, INC., a business entity; NATIONAL DEFAULT SERVICING CORPORATION, a business entity; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 3:16-cv-04030-EMC<br><br>**FURTHER STIPULATION TO CONTINUE HEARING DATES AND BRIEFING SCHEDULES ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Complaint Filed: July 18, 2016 |
|---|---|

STIPULATION TO CONTINUE HEARINGS       -1-
AND BRIEFING SCHEDULE

89687956.1 0052161-03849

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Evelyn Nand and Sukhandra Nand (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation ("NDSC," collectively "Defendants"), by and through their counsel of record, hereby respectfully submit this further stipulated request to continue the currently scheduled hearing dates and briefing schedules on Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss, both currently scheduled for December 15, 2016. This request is being made to provide the parties with additional time to determine if their dispute can be resolved informally.

Pursuant to this stipulation, the Parties respectfully request that the December 15, 2016 hearings on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss be continued to January 19, 2017 or to another date convenient to the Court's schedule. The Parties also request that the Court continue the briefing dates as follows:

- January 5, 2017– the parties' deadlines to submit their respective responsive briefs to the pending motions; and
- January 12, 2017 – the parties' deadlines to submit their respective reply briefs in support of their pending motions;

The Parties also agree that the restraining order issued by the Court will remain in effect until the Court rules on Plaintiffs' motion for a preliminary injunction.

1  Plaintiffs and Defendants so stipulate.

2  DATED: November 29, 2016                    STOEL RIVES LLP

3

4                                              By: /s/ Bryan L. Hawkins
                                                   THOMAS A. WOODS
                                                   BRYAN L. HAWKINS
5                                                  Attorneys for Defendants
                                                   Select Portfolio Servicing, Inc.
6                                                  (erroneously sued as Specialized Portfolio
                                                   Servicing, Inc.) and National Default
7                                                  Servicing Corporation

8  DATED: November 29, 2016                    MELLEN LAW FIRM

9

10                                             By: /s/ Jessica Galletta
                                                   MATTHEW D. MELLEN
11                                                 JESSICA GALLETTA
                                                   Attorneys for Plaintiffs
12                                                 EVELYN NAND and SUKHANDRA
                                                   NAND
13

14

15  ATTESTATION OF SIGNATURE:

16     I attest under penalty of perjury under the laws of the United States of America that I have

17  received the concurrence in the filing of this document from the listed signatories as

18  required by Local Rule 5.1(i)(3).

19

20  Dated: November 29, 2016
                                                   /s/ Bryan L. Hawkins
21                                                 BRYAN L. HAWKINS

**ORDER**

This matter comes before the Court on Plaintiffs Evelyn Nand and Sukhandra Nand's (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation's stipulated request to continue the currently scheduled hearings and briefing schedules on Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss. After considering the Parties' stipulation and finding good cause, the Court GRANTS the Parties' stipulated request.

The December 15, 2016 hearing on Plaintiffs' motion for a preliminary injunction is continued to January ~~19,~~ 26, 2017.  Defendants shall submit their opposition to Plaintiffs' motion by no later than January 5, 2017.  Plaintiffs shall submit their reply brief in support of the motion by no later than January 12, 2017.

The December 15, 2016 hearing on Defendants' motion to dismiss is continued to January 26, ~~19,~~ 2017.  Plaintiffs shall submit their opposition to Defendants' motion by no later than January 5, 2017.  Defendants shall submit their reply brief in support of the motion by no later than January 12, 2017.  The CMC is reset from December 15, 2016 to January 26, 2017 at 1:30 p.m. Joint CMC statement due January 19, 2017.

IT IS SO ORDERED

DATED: 11/29/2016



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE