1   THOMAS A. WOODS (SB #210050)
    thomas.woods@stoel.com
2   BRYAN L. HAWKINS (SB #238346)
    bryan.hawkins@stoel.com
3   STOEL RIVES LLP
    500 Capitol Mall, Suite 1600
4   Sacramento, CA  95814
    Telephone:  (916) 447-0700
5   Facsimile:  (916) 447-4781

6   Attorneys for Defendants
    Select Portfolio Servicing, Inc. (erroneously sued as
7   Specialized Portfolio Servicing, Inc.) and National
    Default Servicing Corporation
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12   EVELYN NAND, an individual;              Case No. 3:16-cv-04030-EMC
     SUKHANDRA NAND, an individual
                                              [PROPOSED] ORDER REGARDING
13              Plaintiffs,                   STIPULATED WITHDRAWAL OF
                                              MOTION FOR PRELIMINARY
14        v.                                  INJUNCTION

15   SPECIALIZED PORTFOLIO SERVICING,         Complaint Filed: July 18, 2016
     INC., a business entity; NATIONAL
16   DEFAULT SERVICING CORPORATION, a
     business entity; and DOES 1 through 50,
17   inclusive

18              Defendants.

19

20

21

22

23

24

25

26

27

28

90436781.1 0052161-03849

1

## [PROPOSED] ORDER

2      On January 19, 2017, Plaintiffs Evelyn Nand and Sukhandra Nand (collectively,

3  "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. and National Default Servicing

4  Corporation (collectively "Defendants") filed their stipulated withdrawal of Plaintiffs' currently

5  pending Motion for Preliminary Injunction.  The Court, having reviewed the Parties' Stipulation

6  hereby GRANTS the Parties' request.

7      ACCORDINGLY, IT IS HEREBY ORDERED that:

8      Plaintiffs' Motion For Preliminary Injunction, currently scheduled to be heard on

9  February 3, 2017, is hereby withdrawn and taken off-calendar.

10      IT IS SO ORDERED.

11

12  Dated:  _1/20/2017_____          _____

13                                              UNITED STATES DISTRICT JUDGE
                                                EDWARD M. CHEN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

90436781.1 0052161-03849