| | |
|---|---|
| 1 | Matthew Mellen (SBN: 233350) |
|   | Jessica Galletta (SBN: 281179) |
| 2 | MELLEN LAW FIRM |
|   | One Embarcadero Center, Fifth Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone:   (415) 315-1653 |
| 4 | Facsimile:   (415) 276-1902 |
| 5 | Attorneys for Plaintiffs, |
|   | EVELYN NAND |
| 6 | SUKHANDRA NAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NAND, an individual; SUKHANDRA NAND, an individual | Case No. 3:16-cv-04030-EMC |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING DATES ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE;** ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| SPECIALIZED PORTFOLIO SERVICING, INC., a business entity; NATIONAL DEFAULT SERVICING CORPORATION, a business entity; and DOES 1 through 50, inclusive | |
| Defendants. | Complaint Filed: July 18, 2016 |

STIPULATION TO CONTINUE HEARINGS AND BRIEFING SCHEDULE          -1-

1    **TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

2    Plaintiffs Evelyn Nand and Sukhandra Nand (collectively "Plaintiffs") and Defendants

3    Select Portfolio Servicing, Inc. (erroneously sued as Specialized Portfolio Servicing, Inc.)

4    ("SPS") and National Default Servicing Corporation ("NDSC," collectively "Defendants"), by

5    and through their counsel of record, hereby respectfully submit this stipulated request for a short

6    continuance of the hearing on Defendants' Motion to Dismiss and Case Management Conference,

7    both currently scheduled for February 3, 2017.

8    On July 18, 2016, Plaintiffs filed this action. ECF No. 1.

9    On August 9, 2016, Defendants filed a Motion to Dismiss the Complaint, with a hearing

10   date of September 15, 2016. ECF No. 20.

11   On August 19, 2016 the parties submitted a Stipulation and Proposed Order continuing the

12   haring on Defendant's Motion to Dismiss and related filing deadlines. ECF No. 23. Pursuant to

13   the Stipulation, as amended by the Court, the hearing on Plaintiffs' motion for preliminary

14   injunction and Defendant's Motion to Dismiss was continued to November 3, 2016.

15   On October 5, 2016 the parties submitted a Stipulation and Proposed Order continuing the

16   haring on Defendant's Motion to Dismiss and related filing deadlines. ECF No. 29. Pursuant to

17   the Stipulation, as amended by the Court, the hearing on Plaintiffs' motion for preliminary

18   injunction and Defendant's Motion to Dismiss was continued to December 15, 2016. ECF No. 30

19   On November 29, 2016, the parties submitted a Stipulation and Proposed Order

20   continuing the haring on Defendant's Motion to Dismiss and related filing deadlines. ECF No. 34.

21   Pursuant to the Stipulation, as amended by the Court, the hearing on Plaintiffs' motion for

22   preliminary injunction and Defendant's Motion to Dismiss was continued to January 26, 2017.

23   ECF No. 35.

24   On January 10, 2017, the Court continued the hearing on Defendant's Motion to Dismiss

25   and the Case Management Conference until January 27, 2017. ECF. No. 40.

26   On January 17, 2017, the Court continued the hearing on Defendant's Motion to Dismiss

27   and the Case Management Conference until February 3, 2017. ECF No. 46.

28

On January 18, 2017, the Court issued an Order requiring personal appearance by the Parties at the hearings scheduled for February 3, 2017. ECF Nos. 48-49.

On January 19, 2017, the Parties stipulated and agreed to withdrawal of Plaintiffs' Motion for Preliminary Injunction, without prejudice. ECF. 50.

Based on the foregoing and the Court's requirement for personal appearance at the hearing on Defendant's Motion to Dismiss and the Case Management Conference, the Parties stipulate and agree, at Plaintiffs' request, to continue the hearing on Defendants' Motion to Dismiss and the Case Management Conference until February 16, 2017 in order to allow all counsel to personally appear at the hearings.

Plaintiffs and Defendants so stipulate.

DATED: January 19, 2017        STOEL RIVES LLP

By: /s/ Bryan L. Hawkins
THOMAS A. WOODS
BRYAN L. HAWKINS
Attorneys for Defendants
Select Portfolio Servicing, Inc.
(erroneously sued as Specialized Portfolio Servicing, Inc.) and National Default Servicing Corporation

DATED: January 19, 2017        MELLEN LAW FIRM

By: /s/ Jessica Galletta
JESSICA GALLETTA
Attorneys for Plaintiffs
EVELYN NAND and SUKHANDRA NAND

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5.1(i)(3).

Dated: August 19, 2016

/s/ Jessica Galletta
JESSICA GALLETTA

**ORDER**

This matter comes before the Court on Plaintiffs Evelyn Nand and Sukhandra Nand's (collectively "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. (erroneously sued as Specialized Portfolio Servicing, Inc.) ("SPS") and National Default Servicing Corporation's stipulated request for a continuance of the hearing on Defendants' Motion to Dismiss and Case Management Conference. After considering the Parties' stipulation and finding good cause, the Court GRANTS the Parties' stipulated request.

The February 3, 2017 hearing on Defendants' Motion to Dismiss and the Case Management Conference are continued to February 16, 2017.

IT IS SO ORDERED

DATED: 1/20/2017

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE