# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPECIALIZED PORTFOLIO SERVICING INC., <br><br> Defendant. | Case No. 16-cv-04030-EMC <br><br> **ORDER TO SHOW CASE** |

A further case management conference was held on February 8, 2018, at 10:30 a.m. Plaintiffs failed to appear at the conference, either in person or by telephone. Plaintiffs are ordered to show cause as to why this case should not be dismissed for failure to appear and for failure to prosecute. Plaintiffs' response shall be filed within 45 days of the date of this order.

IT IS SO ORDERED.

Dated: 2/9/2018

_____
EDWARD M. CHEN
United States District Judge